**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY EARL KEATHLEY, | No. C06-7443 MJJ |
| Plaintiff, | **ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE** |
| v. | |
| JO ANN BARNHART, | |
| Defendant. | |

On March 12, 2007, this Court issued an Order to Show Cause why this complaint should not be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure, Rule 41(b).[1] Plaintiff was directed to respond to that order within ten days. A review of the record shows that Plaintiff did not file a response to the Order to Show Cause within the ten day period. Furthermore, Plaintiff's untimely response, filed March 23, 2007, is largely unintelligible. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** and the clerk is directed to close the file. Plaintiff shall file an amended complaint, if any, within thirty days of the filing of this order.

**IT IS SO ORDERED.**

Dated: April 4, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 5.