IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY EARL KEATHLEY, | No. C06-07443 MJJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| JOANNE BARNHART, | |
| Defendant. | |

On October 12, 2007, the Court dismissed Plaintiff Stanley Earl Keathley's ("Plaintiff") Complaint for failure to prosecute. (Docket No. 18.) The Court ordered Plaintiff to file an amended complaint, if any, within thirty days. Plaintiff did not file an amended complaint. The Court therefore **ORDERS** this case **DISMISSED**. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: November 27, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE