UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY EARL KEATHLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANN BARNHART,<br><br>        Defendant. | Case No. 06-cv-07443-EMC<br><br>**ORDER RE PLAINTIFF'S FILING OF JULY 15, 2024**<br><br>Docket No. 43 |

The Court is in receipt of a filing from Plaintiff. It is not clear from the filing what is being asked of the Court. The filing, however, does not appear to have anything to do with the instant case which was filed as a social security appeal. In addition, this case has long been closed. This is at least the second time that Plaintiff has engaged in this kind of conduct. The Court therefore warns Plaintiff that this case is closed. If he continues to make filings in this case, they will summarily be stricken.

**IT IS SO ORDERED**.

Dated: July 16, 2024

_____
EDWARD M. CHEN
United States District Judge